**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELBA J. MCCORMICK individually and as the plenary emergency temporary guardian of Curtis McCormick,**

    **Plaintiff,**

-vs-                Case No. 6:07-cv-258-Orl-31JGG

**TALISSA MCCORMICK,**

    **Defendant.**

## ORDER

   This matter comes before the Court on the Motion to Dismiss (Doc. 12) filed by the Defendant. The Defendant contends that Curtis McCormick died on January 1, 2007, that his death terminated Melba J. McCormick's guardianship, and that the complaint must therefore be dismissed for lack of standing. (Doc. 12 at 1-2). But two of the complaint's three counts involve claims by Melba J. McCormick individually, which would not be affected by the purported termination of her guardianship. And the Defendant's argument as to that termination requires reliance on evidence outside of the complaint, which is not appropriate at this stage of the

proceedings.  (The Court also notes that the Defendant's evidence – a death certificate – has the word "void" written repeatedly across its face in large letters.  (Doc. 12 at 3).)

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the motion to dismiss (Doc. 12) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 28, 2007.

                                                  GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party